No. 69460.—W. H. S. Lloyd Co., Inc., et al. *v.* United States, protests 64/2199, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

JULY 22, 1965

No. 69461.—Sol Kahaner & Bro. *v.* United States, protest 64/18361. Protest abandoned May 21, 1965. (Not published.) (Initial No. 240205–K.) Plaintiff's application for rehearing granted.

JULY 19, 1965

No. 69462.—APPEAL 5179.—United States *v.* Superwood Corporation.—

—C.D. 2443 affirmed May 6, 1965. C.A.D. 858.

No. 69463.—APPEAL 5180.—United States *v.* Lipman's.—

—C.D. 2444 affirmed May 6, 1965. C.A.D. 859.

JULY 21, 1965

No. 69464.—APPEAL 5202.—United States *v.* Motorola, Inc., and International Expediters, Inc.—

Appeal dismissed June 4, 1965.